UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael B. Shannon, | Civil No. 09cv1951 (PAM/RLE) |
| Plaintiff, | |
| vs. | **ORDER** |
| PFIZER Inc., a Delaware corporation, | |
| Defendant. | |

Based on the pleadings and proceedings in this matter, and the arguments of counsel, the Court ORDERS as follows:

Defendant's motion for a temporary stay of proceedings pending the Judicial Panel on Multidistrict Litigation's resolution of motions to consolidate this and other cases involving the medication Chantix® (varenicline) is hereby GRANTED.

IT IS SO ORDERED.

Dated:  August 18 , 2009          BY THE COURT

                                  s/Paul A. Magnuson
                                  Paul A. Magnuson, Judge
                                  United States District Court